# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161679(68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TRACY LYNN SULLIVAN,
             Plaintiff,

v

BRIAN ROBERT SULLIVAN,
             Defendant-Appellee,
and

TRISH OLEKSA HAAS,
             Petitioner-Appellant.
_____/

SC: 161679
COA: 348606
Wayne CC: 18-104696-DM

On order of the Chief Justice, the motion of petitioner-appellant to extend the time for filing her reply is GRANTED. The reply submitted on December 3, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020



Clerk